Rosario L. Vizzie (SBN 220889)
James J. McGrath (SBN 260253)
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:  (310) 576-2100
Facsimile:  (310) 576-2200
Email:  rlvizzie@bryancave.com
           james.mcgrath@bryancave.com

Attorneys for Defendant
JP MORGAN CHASE BANK, N.A.

JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY M. WHITE,<br><br>         Plaintiff,<br><br>vs.<br><br>JP MORGAN CHASE BANK, N.A., and DOES 1 to 10, inclusive,<br><br>         Defendants. | Case No. CV12-03033-ABC (PLA)<br><br>Assigned to the<br>Hon. Judge Audrey B. Collins<br><br>**[PROPOSED] JUDGMENT OF DISMISSAL**<br><br>Complaint Filed:  4/6/12<br>Trial Date:          None Set |

SM01DOCS\910351.1

[PROPOSED] JUDGMENT

The Court, having granted the motion to dismiss by Defendant JPMorgan Chase Bank N.A. ("Defendant") to the Complaint of Plaintiff Cindy White ("Plaintiff") on June 14, 2012, and good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

(1)  This action is dismissed in its entirety with prejudice;

(2)  All notices of pendency of action or intent to preserve interest in property recorded by Plaintiff in the Santa Barbara County Recorders Office concerning the property located at, as alleged in paragraph 1 of the Complaint, 427 Peach Gove Lane, Santa Barbara, California 93103 with a legal description of "Lot 5 in Block 'A' of Peach Grove, in the City of Santa Barbara, County of Santa Barbara, State of California, as per map recorded in Book 53, Pages 10, 11 and 12 of Maps, in the Office of the County Recorder of said county" are expunged; and

(3)  Plaintiff is to recover nothing from Defendant.

DATED: June 25, 2012

_____

Hon. Judge Audrey B. Collins

Dated:   June 25, 2012

Respectfully submitted,

Rosario L. Vizzie
James J. McGrath
**BRYAN CAVE LLP**

By: /s/ James J. McGrath
James J. McGrath
Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.