Name ROBERT J. DEMETRIOU, Esq. (CA Bar No. 89333)
Address 27 West Anapamu St., #181
City, State, Zip Santa Barbara, CA 93101
Phone (805)569-5239
Fax
E-Mail demetriou@fastmail.fm

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CINDY M. WHITE, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | CV12-03033-ABC (PLAx) |
| v. | |
| JP MORGAN CHASE BANK, N.A., and DOES 1 - 10, inclusive, | **NOTICE OF APPEAL** |
| DEFENDANT(S). | |

NOTICE IS HEREBY GIVEN that _____ CINDY M. WHITE _____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify):
   JUDGMENT OF DISMISSAL

☐ Other (specify):

Imposed or Filed on ____ June 25, 2012 ____. Entered on the docket in this action on June 26, 2012 ____.

A copy of said judgment or order is attached hereto.

July 25, 2012                                     /s/ [signature]
Date                                              Signature
                                                  ☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note:   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the
        attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number
        of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).